THE PEOPLE ex rel. THE MOUNT MAGDALEN SCHOOL OF INDUSTRY AND REFORMATORY OF THE GOOD SHEPARD, Respondent, *v.* THOMAS DICKSON, as Treasurer, etc., Appellant.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made July 7, 1890,

which affirmed an order of Special Term granting an application for a writ of peremptory mandamus.

*George B. Wellington* for appellant.

*James H. Ryan* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.